UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jacqueline K. Koski, | File No. 18-cv-02085 (ECT/LIB) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| James Jago, *Social Worker*; Sara Janofski, *County Attorney*; Elizabeth Seibenalor, *Social Worker*; St. Louis County PHHS, | |
| Defendants. | |

The Court has received the November 29, 2018 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. ECF No. 7. No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation [ECF No. 7] is **ACCEPTED**;

2. This action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

3. Plaintiff Jacqueline K. Koski's application to proceed *in forma pauperis* [ECF No. 2] is **DENIED**.

                **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 19, 2018        s/ Eric C. Tostrud
                                            Eric C. Tostrud
                                            United States District Court